[No. 74976-5-I.   Division One.   April 10, 2017.]

THOMAS DUTCHER ET AL., *Respondents*, v. WYNDEN HOLMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-2-00491-1, Ira Uhrig, J., entered March 4, 2016. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 48337-8-II.   Division Two.   April 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. MORIARTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 15-1-00079-7, Michael J. Sullivan, J., entered October 23, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 48673-3-II.   Division Two.   April 11, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. B.S., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-8-00410-6, Christine Schaller, J., entered February 26, 2016. *Dismissed* by unpublished opinion per Bjorgen, C.J., concurred in by Lee and Melnick, JJ.

[No. 32652-7-III.   Division Three.   April 11, 2017.]

THE ESTATE OF LORRAINE P. HENSLEY ET AL., *Appellants*, v. COMMUNITY HEALTH ASSOCIATION OF SPOKANE (CHAS) ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-00325-9, Kathleen M. O'Connor, J., entered July 25, 2014. *Affirmed in part* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.